**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HINAULT BUANA MUKIELE, Petitioner, v. WARDEN JEREMY CASEY, Respondent. | Case No.: 26cv3803 DMS (BJW) **ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return in which they do not address any of the claims alleged in the Petition. Instead, they state Petitioner is subject to mandatory detention under § 1225(b)(2). (Return at 2.) Respondents acknowledge this Court and courts in this District have repeatedly rejected their argument "under the same and/or similar facts." (*Id.*) On that basis, Respondents do not oppose the petition and defer to the Court on the appropriate relief. (*Id.* at 3.) Petitioner filed a Traverse reiterating his request to be released.

After reviewing the parties' briefs, the record, and the relevant legal authority, the Court grants the Petition for the reasons set out in *Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7. Respondents shall release Petitioner from custody

forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: August 4, 2026

Hon. Dana M. Sabraw
United States District Judge